STATE v. RAY MITCHELL.[1]

January 26, 1940.

No. 32,258.

*Sam J. Levy,* for appellant.

*J. A. A. Burnquist,* Attorney General, *M. Tedd Evans,* Assistant Attorney General, *R. S. Wiggin,* City Attorney, and *J. A. Hadley,* Assistant City Attorney, for the State.

PER CURIAM.

Defendant was charged with disorderly conduct consisting of indecent exposure. He was found guilty. A recital of the facts would not be a benefit to the defendant or the bench and bar. It is sufficient to state that the question was essentially one of

[1]Reported in 290 N. W. 222.

identity of defendant as the guilty person. We have carefully read and considered the entire record and are satisfied that the lower court had a sufficient basis in the testimony to find that defendant was guilty. The judgment appealed from is affirmed.

Judgment affirmed.